Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Epicenter Partners L.L.C.** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-1285677** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **5515 East Deer Valley Drive**  **Phoenix, AZ 85054**  Number, Street, City, State & ZIP Code  **Maricopa**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Epicenter Partners L.L.C.**　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **See Attachment**　　　　　Relationship _____
District _____　When _____　Case number, if known _____

Debtor **Epicenter Partners L.L.C.**   Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other
  
  **Where is the property?** _____
  Number, Street, City, State & ZIP Code
  
  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ■ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Epicenter Partners L.L.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 16, 2016**
MM / DD / YYYY

X **/s/ Bruce Gray**  **Bruce Gray**
Signature of authorized representative of debtor  Printed name

Title  **Member**

**18. Signature of attorney**

X **/s/ Thomas J. Salerno -**  Date **May 16, 2016**
Signature of attorney for debtor  MM / DD / YYYY

**Thomas J. Salerno -**
Printed name

**Stinson Leonard Street LLP**
Firm name

**1850 N Central Ave #2100**
**Phoenix, AZ 85004-4584**
Number, Street, City, State & ZIP Code

Contact phone  **602-279-1600**  Email address  **anne.finch@stinsonleonard.com**

**007492**
Bar number and State

Debtor **Epicenter Partners L.L.C.**  
Name

Case number (*if known*)

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **GDG Partners L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Arizona** | When | **5/04/12** | Case number, if known | **2:12-bk-09825-BKM** |
| Debtor | **Gray Meyer Fannin LLC** | | | Relationship to you | **Affiliate** |
| District | **Arizona** | When | **5/16/16** | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name: **Epicenter Partners L.L.C.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 16, 2016**     X **/s/ Bruce Gray**
                                  Signature of individual signing on behalf of debtor

                                  **Bruce Gray**
                                  Printed name

                                  **Member**
                                  Position or relationship to debtor

Official Form 202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Fill in this information to identify the case:  
Debtor name: **Epicenter Partners L.L.C.**  
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**  
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arizona State Land Department** 1616 W Adams St 1st Fl Phoenix, AZ 85007 | | **Deferred rent through 7/7/17** | | | | $4,149,393.78 |
| **Beus Gilbert PLLC** 701 N 44th St. Phoenix, AZ 85008 | | | | | | $579,201.12 |
| **Hilgart Wilson, LLC** 2141 E. Highland Ave. Ste. 250 Phoenix, AZ 85016 | | | | | | $212,646.66 |
| **Kutak Rock LLP** PO Box 30057 Omaha, NE 68103-1157 | | | | | | $205,577.77 |
| **Maricopa County Treasurer** PO Box 52133 Phoenix, AZ 85072-2133 | | | | | | $86,735.62 |
| **City of Phoenix City Svcs - Water Dept** 305 W. Washington St. Phoenix, AZ 85062-8663 | | | | | | $56,866.58 |
| **David Evans & Associates** 4200 Concours Drive Ste. 150 Ontario, CA 91764 | | | | | | $53,971.65 |
| **KRYS Global** 3240 N. Delaware St. Chandler, AZ 85225 | | | | | | $40,000.00 |

| Debtor | Epicenter Partners L.L.C. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CivTech, Inc.**<br>10605 N. Hayden Rd., Ste. 140<br>Scottsdale, AZ 85260 | | | | | | $21,164.54 |
| **Desert Ridge Community Association**<br>9000 E. Pima Center Pkwy<br>Ste. 300<br>Scottsdale, AZ 85258 | | | | | | $17,654.50 |
| **CCBG Architects, Inc.**<br>102 E. Buchanan St.<br>Phoenix, AZ 85004 | | | | | | $7,301.04 |
| **Wilks, Lukoff & Bracegirdle, LLC**<br>1300 N. Grant Ave. Ste.100<br>Wilmington, DE 19806 | | | | | | $6,320.25 |
| **Snell & Wilmer, LLP**<br>400 E. Van Buren Ste. 1900<br>Phoenix, AZ 85004-2202 | | | | | | $6,179.89 |
| **Wilson & Company**<br>5694 Mission Center Rd.<br>Ste. 602-147<br>San Diego, CA 92108 | | | | | | $5,716.08 |
| **Spray Systems Environmental**<br>2202 W. Medtronic Way<br>Ste. 108<br>Tempe, AZ 85281 | | | | | | $2,546.00 |
| **Thomas Title & Escrow LLC**<br>16435 N. Scottsdale Rd.<br>Ste. 405<br>Scottsdale, AZ 85254 | | | | | | $2,200.00 |
| **Maricopa County Treasurer**<br>PO Box 52133<br>Phoenix, AZ 85072-2133 | | Parcel No. 212-32-097B 6 State Plat No. 24, Desert Ridge | | | | $2,085.97 |

| Debtor | Epicenter Partners L.L.C. | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Coy Landscaping & Maintenance**<br>**2915 E Jones Ave**<br>**Phoenix, AZ 85040** | | | | | | **$2,038.10** |
| **CT Corporation**<br>**8020 Excelsior Dr.**<br>**Ste. 200**<br>**Madison, WI**<br>**53717-1998** | | | | | | **$380.00** |
| **Cohen Kennedy Dowd & Quigley**<br>**2425 E. Camelback Rd.**<br>**Ste. 1100**<br>**Phoenix, AZ 85016** | | | | | | **$350.00** |

Prior to the Petition Date, Stinson Leonard Street represented, among others, the Debtors in Adversary Proceeding No. 14-ap-00293-BKM, currently pending before the United State Bankruptcy Court for the District of Arizona. Related to the representation, Stinson Leonard Street invoiced $56,410.00 in fees since June 1, 2015. Stinson Leonard Street did not receive any payment on account of its invoices. Stinson Leonard Street will agree to subordinate its prepetition claim against the Debtors or waive the claim in its entirety depending on this Court's instruction.

Epicenter Partners L.L.C. -

ARIZONA STATE LAND DEPARTMENT
Acct No 03-52415-99
1616 W ADAMS ST 1ST FL
PHOENIX AZ 85007


BEUS GILBERT PLLC
701 N 44TH ST.
PHOENIX AZ 85008


CCBG ARCHITECTS, INC.
102 E. BUCHANAN ST.
PHOENIX AZ 85004


CITY OF PHOENIX CITY SVCS - WATER DEPT
305 W. WASHINGTON ST.
PHOENIX AZ 85062-8663


CIVTECH, INC.
10605 N. HAYDEN RD., STE. 140
SCOTTSDALE AZ 85260


COHEN KENNEDY DOWD & QUIGLEY
2425 E. CAMELBACK RD.
STE. 1100
PHOENIX AZ 85016


COY LANDSCAPING & MAINTENANCE
2915 E JONES AVE
PHOENIX AZ 85040


CPF VASEO ASSOCIATES, LLC
C/O GARMAN TURNER GORDON
650 WHITE DR., STE. 100
LAS VEGAS NV 89119


CT CORPORATION
8020 EXCELSIOR DR.
STE. 200
MADISON WI 53717-1998


DAVID EVANS & ASSOCIATES
4200 CONCOURS DRIVE
STE. 150
ONTARIO CA 91764

Epicenter Partners L.L.C. -


DESERT RIDGE COMMUNITY ASSOCIATION
9000 E. PIMA CENTER PKWY
STE. 300
SCOTTSDALE AZ 85258


HILGART WILSON, LLC
2141 E. HIGHLAND AVE.
STE. 250
PHOENIX AZ 85016


KRYS GLOBAL
3240 N. DELAWARE ST.
CHANDLER AZ 85225


KUTAK ROCK LLP
PO BOX 30057
OMAHA NE 68103-1157


MARICOPA COUNTY TREASURER
Acct No 945-23-815 7
PO BOX 52133
PHOENIX AZ 85072-2133


NATIONAL CONSTRUCTION RENTALS


SEE ATTACHMENT TO SCHEDULE F


SNELL & WILMER, LLP
400 E. VAN BUREN
STE. 1900
PHOENIX AZ 85004-2202


SPRAY SYSTEMS ENVIRONMENTAL
2202 W. MEDTRONIC WAY
STE. 108
TEMPE AZ 85281


THOMAS PRINTWORKS
PO BOX 740967
DALLAS TX 75374-0967

Epicenter Partners L.L.C. -


THOMAS TITLE & ESCROW LLC
16435 N. SCOTTSDALE RD.
STE. 405
SCOTTSDALE AZ 85254


WILKS, LUKOFF & BRACEGIRDLE, LLC
1300 N. GRANT AVE.
STE.100
WILMINGTON DE 19806


WILSON & COMPANY
5694 MISSION CENTER RD.
STE. 602-147
SAN DIEGO CA 92108

# United States Bankruptcy Court
## District of Arizona

In re  **Epicenter Partners L.L.C.**
Debtor(s)

Case No.
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Epicenter Partners L.L.C.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Gray/Western Development Company**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 16, 2016** | **/s/ Thomas J. Salerno -** |
| Date | **Thomas J. Salerno - 007492** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Epicenter Partners L.L.C.** |
| | **Stinson Leonard Street LLP** |
| | **1850 N Central Ave #2100** |
| | **Phoenix, AZ 85004-4584** |
| | **602-279-1600 Fax:602-240-6925** |
| | **anne.finch@stinsonleonard.com** |