Thomas J. Salerno (No. 007492)
Alisa C. Lacey (No. 010571)
Christopher C. Simpson (No. 018626)
Anthony P. Cali (No. 028261)
**STINSON LEONARD STREET LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona  85004-4584
Tel:  (602) 279-1600
Fax:  (602) 240-6925
Thomas.salerno@stinson.com
Alisa.lacey@stinson.com
Christopher.simpson@stinson.com
Anthony.cali@stinson.com

Proposed Attorneys for Debtors and Debtors-in-Possession
Epicenter Partners L.L.C. and Gray Meyer Fannin L.L.C.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| EPICENTER PARTNERS L.L.C. | Case No. 2:16-bk-05493-PS |
| Debtor. | |
| In re | Chapter 11 |
| GRAY MEYER FANNIN L.L.C. | Case No. 2:16-bk-05494-MCW |
| Debtor. | |

## <u>MOTION FOR JOINT ADMINISTRATION</u>

Epicenter Partners L.L.C. ("**Epicenter**") and Gray Meyer Fannin L.L.C ("**GMF**"), Debtors and Debtors-in-Possession (collectively, the "**Debtors**"), through counsel, hereby requests entry of an Order pursuant to Federal Rule of Bankruptcy Procedure 1015(b) and Rule 1015-1 of the Local Rules of the United States Bankruptcy Court for the District of Arizona, directing that the Debtors' Chapter 11 cases be jointly administered.

**Background**

1. On May 16, 2016, Epicenter filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

2. On May 16, 2016, Gray filed a Voluntary Petition for relief under Chapter 11 of the United States Bankruptcy Code.

3. Each of the Debtors is a debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

4. No trustee, examiner, or official committee has been appointed in any of the cases.

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Sections 105 of the Bankruptcy Code and Fed. R. Bankr. P. 1015(b).

6. Epicenter and GMF are corporations formed under the statutes of the State of Arizona.

7. The Debtors each are wholly owned by a sole member: Gray/Western Development Company.

8. The Debtors share a common interest in approximately 98 acres of real property located west of 56th Street and north of the Loop 101 in Phoenix, Arizona 85054.

9. Most, if not all, of the creditors of GMF are also creditors of Epicenter.

**Relief Requested**

10. This Motion has been filed in the lowest numbered case, with a copy sent to the Bankruptcy Judge in the GMF case. By this Motion, the Debtors seek an Order of the Court establishing the joint administration for procedural purposes of these affiliated cases.

11. The joint administration of the cases will prevent the imposition of unnecessary costs and the duplication of proceedings before the Court. It is appropriate and necessary to save Court time, attorney time, and attendant costs of multiple matters in each case that the Debtors' cases be treated as a single case solely for administrative purposes pursuant to Fed. R. Bankr. P. 1015(b).

12. The Debtors respectfully submit that the joint administration of these cases would be practical, expedient, less costly, and less time-consuming for the Debtors, the Court, and all parties-in-

interest. The Debtors envision that most, if not all, of the motions, applications, hearings and orders in these cases will affect each of the Debtors. Consequently, joint administration would facilitate the economic administration of these cases.

13. The Debtors propose to use the caption below for the jointly administered cases.

| | |
|---|---|
| In re | Chapter 11 |
| EPICENTER PARTNERS L.L.C., | Case No. 2:16-bk-05493-PS |
| GRAY MEYER FANNIN L.L.C., | (Jointly Administered with Case No. 2:16-bk-05494-PS) |
| Debtors. | |

Once jointly administered, the Debtors propose that all pleadings be filed in the lowest-numbered case, except for proofs of claim and interest which should be filed in the case to which such proofs are related.

WHEREFORE, for the reasons set forth above, the Debtors respectfully request entry of an Order authorizing the joint administration of the affiliated Debtors' cases, and for such other relief as is just in the circumstances.

RESPECTFULLY SUBMITTED this 16th day of May, 2016.

**STINSON LEONARD STREET LLP**

By: /s/ Anthony P. Cali
Thomas J. Salerno, Esq.
Alisa C. Lacey, Esq.
Christopher C. Simpson, Esq.
Anthony P. Cali, Esq.
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Proposed Attorneys for Debtor and Debtor-in-Possession

1  COPY of the foregoing sent this 16th day of
   May, 2016, to:
2
   Office of the U.S. Trustee
3  230 N. First Ave., Ste. 204
   Phoenix, AZ 85003-1706
4  ustpregion14.px.ecf@usdoj.gov
5

6  /s/ Anne Finch

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28