# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| EPICENTER PARTNERS L.L.C., | Case No. 2:16-bk-05493-PS |
| GRAY MEYER FANNIN L.L.C.., | (Joint Administration pending with Case No. 2:16-bk-05494-PS) |
| | **ORDER GRANTING JOINT ADMINISTRATION** |
| Debtors. | |

The Court has considered the Motion for Joint Administration ("**Motion**") filed by Epicenter Partners L.L.C. ("**Epicenter**") and Gray Meyer Fannin L.L.C. ("**GMF**"), Debtors and Debtors-in-Possession (collectively, the "**Debtors**"), requesting entry of an Order pursuant to Federal Rule of Bankruptcy Procedure 1015(b) and Rule 1015-1 of the Local Rules of the United States Bankruptcy Court for the District of Arizona, directing that the Debtors' Chapter 11 cases be jointly administered. The Court has determined that there is sufficient cause to jointly administer the Debtors' Chapter 11 cases and, therefore,

IT IS HEREBY ORDERED that the bankruptcy estates of the Debtors be jointly administered under Case No. 2:16-bk-05493-PS for procedural purposes only, and that the GMC Chapter 11 case be transferred to the Honorable Paul Sala.

IT IS FURTHER ORDERED that all pleadings and motions be filed in the Epicenter case, except that all proofs of claim and proofs of interest shall be filed in the case in which such claims and interests are asserted and that the Clerk will maintain separate registers of such claims and interests.

IT IS FURTHER ORDERED that pleadings and motions filed in these jointly administered cases will use the caption set forth below:

| | |
|---|---|
| In re | Chapter 11 |
| EPICENTER PARTNERS L.L.C., | Case No. 2:16-bk-05493-PS |
| GRAY MEYER FANNIN L.L.C., | Jointly Administered with 2:16-bk-05494-PS |
| Debtors. | |

**DATED AND SIGNED ABOVE**