ILENE J. LASHINSKY (#003073)
United States Trustee

EDWARD K. BERNATAVICIUS (#024174)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2608
FAX: (602) 514-7270
Email: Edward.K.Bernatavicius@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>EPICENTER PARTNERS L.L.C.<br>GRAY MEYER FANNIN LLC<br><br>Debtors. | In Proceedings under Chapter 11<br><br>Case No. 2:16-bk-05493-MCW<br>(Jointly Administered)<br><br>**APPOINTMENT OF OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtors, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the official joint committee of unsecured creditors:

  1. DAVID EVANS and ASSOCIATES, INC.
    Attn: Erin Austin, Esq. (Chair)
    2100 SW River Parkway
    Portland, OR 97201
    Phone: (503) 499-0327
    Fax: none
    Email: efa@deainc.com

  2. HILGARTWILSON, LLC
    Attn: Ronald Hilgart, Jr.
    2141 E. Highland Ave., Suite 250
    Phoenix, AZ 85016
    Phone: (602) 694-2751
    Fax: (602) 368-2436
    Email: rhilgart@hilgartwilson.com

3. DESERT RIDGE COMMUNITY ASSOCIATION
Attn: Michael Zimmerman, Esq.
BERRY RIDDELLL LLC.
6750 E. Camelback Road, Suite 100
Scottsdale, AZ 85251
Phone: (480) 682 3914
Fax: none
Email: MZ@berryriddell.com

4. CIVTECH, INC.
Attn: Dawn Cartier
10605 N. Hayden Rd., #140
Scottsdale, AZ 85260
Phone: (480) 659-4250
Fax: (480) 659-0566
Email: dcartier@civtech.com

5. KRYS GLOBAL USA
Attn: Bryan Perkinson
60 Rio Salado Parkway 9th Floor
Tempe, AZ 85281
Phone: (480) 861-3649
Fax: none
Email: bperkinson@krysglobalusa.com

RESPECTFULLY SUBMITTED

DATED: June 15, 2016

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/ EKB ( #024174)
Edward K. Bernatavicius
Trial Attorney